```
 1 │ McGREGOR W. SCOTT
   │ United States Attorney
 2 │ KEVIN P. ROONEY
   │ Assistant U.S. Attorney
 3 │ 3654 Federal Building
   │ 1130 "O" Street
 4 │ Fresno, California 93721
   │ Telephone:  (559) 498-7272
 5
 6
 7
 8
   │         IN THE UNITED STATES DISTRICT COURT FOR THE
 9
   │                EASTERN DISTRICT OF CALIFORNIA
10
11 │ UNITED STATES OF AMERICA,
   │                                CR-F-05-0184 OWW
12 │           Plaintiff,
   │                                PRELIMINARY ORDER OF
13 │      v.                        FORFEITURE AND PUBLICATION
   │                                THEREOF
14 │ WENDELL MOULTRIE,
15 │           Defendant.
```

16   Based upon the plea agreement and the stipulation for preliminary
17 order of forfeiture entered into between plaintiff United States of
18 America and defendant Wendell Moultrie, it is hereby
19   ORDERED, ADJUDGED AND DECREED as follows:
20   1.  Pursuant to 21 U.S.C. § 853, defendant Wendell Moultrie's
21 interest in the following property shall be condemned and forfeited
22 to the United States of America, to be disposed of according to law:
23       a.  Approximately $53,970.00 in U.S. Currency
              seized from Safe Deposit Box # 115 on or
24            about May 25, 2005.
25   2.  The above-listed property constitutes or is derived from
26 proceeds defendant obtained directly or indirectly as a result of the
27 commission of the violations of 21 U.S.C. §§ 846 and 841(a)(1).
28

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-described property. That the aforementioned property shall be seized and held by the United States Marshals Service, in its secure custody and control.

4. a. Pursuant 21 U.S.C. § 853(n) and Local Rule 83-171, the United States forthwith shall publish at least once for three successive weeks in the <u>Fresno Business Journal</u> (Fresno County), a newspaper of general circulation located in the county in which the above-described property was seized, notice of this Order, notice of the Attorney General's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the above-listed property must file a petition with the Court within thirty (30) days of the final publication of the notice or of receipt of actual notice, whichever is earlier.

b. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

c. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order of Forfeiture, as a substitute for published notice as to those persons so notified.

5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853, in which all interests will be addressed.

SO ORDERED this ___9th___ day of_December___, 2005.

/s/ OLIVER W. WANGER
_____
OLIVER W. WANGER
United States District Judge