1  McGREGOR W. SCOTT
   United States Attorney
2  KEVIN P. ROONEY
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone:  (559) 498-7272

5

6

7

8

              IN THE UNITED STATES DISTRICT COURT FOR THE
9
                   EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,
                                    CR-F-05-0184 OWW
12            Plaintiff,
                                    PRELIMINARY ORDER OF
13       v.                         FORFEITURE AND PUBLICATION
                                    THEREOF
14  WENDELL MOULTRIE,

15            Defendant.

16       Based upon the plea agreement and the stipulation for preliminary

17  order of forfeiture entered into between plaintiff United States of

18  America and defendant Wendell Moultrie, it is hereby

19       ORDERED, ADJUDGED AND DECREED as follows:

20       1.   Pursuant to 21 U.S.C. § 853, defendant Wendell Moultrie's

21  interest in the following property shall be condemned and forfeited

22  to the United States of America, to be disposed of according to law:

23            a.   Approximately $53,970.00 in U.S. Currency
                   seized from Safe Deposit Box # 115 on or
24                 about May 25, 2005.

25       2.   The above-listed property constitutes or is derived from

26  proceeds defendant obtained directly or indirectly as a result of the

27  commission of the violations of 21 U.S.C. §§ 846 and 841(a)(1).

28

1    3.    Pursuant to Rule 32.2(b), the Attorney General (or a

2  designee) shall be authorized to seize the above-described property.

3  That the aforementioned property shall be seized and held by the

4  United States Marshals Service, in its secure custody and control.

5    4.    a.    Pursuant 21 U.S.C. § 853(n) and Local Rule 83-171, the

6  United States forthwith shall publish at least once for three

7  successive weeks in the <u>Fresno Business Journal</u> (Fresno County), a

8  newspaper of general circulation located in the county in which the

9  above-described property was seized, notice of this Order, notice of

10 the Attorney General's intent to dispose of the property in such

11 manner as the Attorney General may direct, and notice that any person,

12 other than the defendant, having or claiming a legal interest in the

13 above-listed property must file a petition with the Court within

14 thirty (30) days of the final publication of the notice or of receipt

15 of actual notice, whichever is earlier.

16    b.    This notice shall state that the petition shall be for

17 a hearing to adjudicate the validity of the petitioner's alleged

18 interest in the property, shall be signed by the petitioner under

19 penalty of perjury, and shall set forth the nature and extent of the

20 petitioner's right, title or interest in the forfeited property and

21 any additional facts supporting the petitioner's claim and the relief

22 sought.

23    c.    The United States may also, to the extent practicable,

24 provide direct written notice to any person known to have alleged an

25 interest in the property that is the subject of the Order of

26 Forfeiture, as a substitute for published notice as to those persons

27 so notified.

28

1    5.   If a petition is timely filed, upon adjudication of all
2 third-party interests, if any, this Court will enter a Final Order of
3 Forfeiture pursuant to 21 U.S.C. § 853, in which all interests will
4 be addressed.
5 SO ORDERED this ___9th___ day of _December___, 2005.
6
7                                    /s/ OLIVER W. WANGER
                                     _____
8                                    OLIVER W. WANGER
                                     United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                     3