McGREGOR W. SCOTT
United States Attorney
KEVIN P. ROONEY
Assistant U.S. Attorney
Federal Courthouse, Suite 4401
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4070

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WENDELL MOULTRIE,<br><br>　　　　Defendant. | 1:05-CR-00184 OWW<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on December 13, 2005, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853 based upon the plea agreement and stipulation for preliminary order of forfeiture entered into between plaintiff and defendant Wendell Moultrie forfeiting to the United States the following property:

　　　　a.　Approximately $53,970.00 in U.S. Currency seized from Safe Deposit Box # 115 on or about May 25, 2005.

AND WHEREAS, on January 5, 12, and 19, 2006, the United States published notification of the Court's Preliminary Order of Forfeiture in <u>The Fresno Bee</u> (Fresno County), a newspaper of

1 general circulation located in the county in which the subject
2 property was seized.
3     AND WHEREAS, on January 27, 2006 and February 3 and 10, 2006,
4 the United States published a corrected notification of the Court's
5 Preliminary Order of Forfeiture in <u>The Fresno Bee</u> (Fresno County),
6 a newspaper of general circulation located in the county in which
7 the subject property was seized.  Said published notices advised
8 all third parties of their right to petition the court within
9 thirty (30) days of the publication date for a hearing to
10 adjudicate the validity of their alleged legal interest in the
11 forfeited property;
12     AND WHEREAS, Joyce Moultrie and Sherry Ross waived any third-
13 party claim they may have under 21 U.S.C. § 853(c) and (n) to the
14 above-described property, based on an alleged community property
15 interest or any other interest in the property;
16     AND WHEREAS, the United States of America provided direct
17 written notice to Carlos Rodriguez and Andrea Rodriguez;
18     AND WHEREAS, the Court has been advised that no third party
19 has filed a claim to the subject property, and the time for any
20 person or entity to file a claim has expired.
21     Accordingly, it is hereby ORDERED and ADJUDGED:
22     1.  A Final Order of Forfeiture shall be entered forfeiting to
23 the United States of America all right, title, and interest in the
24 above-listed property pursuant to 21 U.S.C. § 853, to be disposed
25 of according to law, including all right, title, and interest of
26 defendant Wendell Moultrie.
27 ///
28

2.  All right, title, and interest in the above-described property shall vest solely in the name of the United States of America.

3.  The United States shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED THIS 24th day of    April    , 2006.


/s/ OLIVER W. WANGER
OLIVER W. WANGER
United States District Judge

3